UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
CHIEF UNITED STATES MAGISTRATE JUDGE
MDD_BPGchambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288

April 20, 2022

Allen E; Honick, Esquire
Furman Honick
11155 Red Run Blvd., Suite 110
Owings Mills, MD 21117

Megan T. Mantzavinos, Esquire
Sarah C. Boehme, Esquire
Jacqueline G. Greiss, Esquire
Marks, O'Neill, O'Brien,
Doherty & Kelly PC
600 Baltimore Ave., Suite 305
Towson, MD 21204

Mark P. Merlini, Jr., Esquire
Marks, O'Neill, O'Brien,
Doherty & Kelly, PC
1617 JFK Boulevard, Suite 1010
Philadelphia, PA 19103

RE: Herman J. Maddox, et al. v. Jason Clem, M.D., et al.
Civil No. CCB-21-611

Dear Counsel:

This will confirm that the second settlement conference in the above case is rescheduled to **Monday, June 13, 2022 at 11:00 a.m.** I understand that counsel and all parties are available to attend.

The same guidelines set forth in my letter of June 9, 2021 apply to this conference, including the requirement that you exchange a demand and offer prior to the conference, as detailed in that letter. The date for the supplemental submission of ex parte letters to me is **Tuesday, May 31, 2022.**

Thank you for your attention in this matter. If you have any questions, please contact my chambers.

      Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/

Beth P. Gesner
Chief United States Magistrate Judge